**WRITTEN CONSENT OF THE**
**BOARD OF DIRECTORS OF SOUTHERN MOTION, INC.**

**August 4, 2026**

The undersigned, being all of the members of the BOARD OF DIRECTORS (the "Board of Directors") of SOUTHERN MOTION, INC., a Mississippi corporation ("Southern Motion"), hereby (i) waive notice of a meeting, (ii) consent to and adopt the following resolutions as the action of the Board of Directors in lieu of a meeting and (iii) direct that this written consent be filed with the minutes of proceedings of the Board of Directors.

The purpose of these resolutions is to discuss the status of the issues related to Southern Motion.

Accordingly, after discussion and pursuant to the bylaws of Southern Motion, the Board of Directors consents to and adopts the following resolutions:

**WHEREAS**, the Board of Directors deems it to be advisable and in the best interests of Southern Motion, its shareholders, and its creditors that Southern Motion seek protection under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); and

**WHEREAS**, the Board of Directors deems it to be advisable and in the best interest of Southern Motion, its shareholders, and its creditors to retain the following to assist with the administration of a voluntary proceeding under chapter 11 of the Bankruptcy Code and corporate restructuring: Maynard Nexsen P.C. as debtors' counsel.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that Southern Motion is authorized to seek protection and commence a voluntary proceeding under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), if and when it deems appropriate, to commence such Chapter 11 Case in the United States Bankruptcy Court for the Northern District of Mississippi (the "Bankruptcy Court"), and to execute all documents as may be necessary in connection therewith; and

**FURTHER RESOLVED**, that Southern Motion is authorized to retain the following as counsel, advisors, or officers in connection with the Chapter 11 Case, each subject to any requisite Bankruptcy Court approval: Maynard Nexsen P.C; and

**FURTHER RESOLVED**, that Mary Beth Mayer shall be, and hereby is, without the joinder of each other or of any other officer or representative of Southern Motion and without any attestation required, the authorized representative of Southern Motion (the "Authorized Person") with the authority to execute and deliver in Southern Motion's name and on its behalf any and all bankruptcy related documents which are, in her opinion, necessary or desirable to take in connection with the foregoing resolution and/or preparations and/or commencement and/or administration of the Chapter 11 Case or any other chapter 11 proceeding of Southern

Motion; provided, however, that nothing herein shall undermine the authority of Southern Motion's directors and officers to manage the company as debtor-in-possession; and

**FURTHER RESOLVED**, that Southern Motion shall (a) indemnify and hold harmless the Authorized Person, in her capacity as set forth herein, from and against any and all claims, suits, or demands related to the Chapter 11 Case, and (b) advance any costs and/or fees associated with he defense and/or prosecution of any and all, claims, suits, or demands against him whether in her capacity as manager, agent, or representative of Southern Motion or otherwise; and

**FURTHER RESOLVED**, that Southern Motion hereby ratifies any prior advancement or other actions prior to the date hereof taken by Southern Motion to defend, respond, or prosecute any action, claim, or demand against the foregoing with respect to any claims, demands, suits or other actions against Southern Motion and the Authorized Person.

**WITNESS**, the undersigned hereby certifies the foregoing resolutions were duly adopted by the Board of Directors of Southern Motion on the date first set forth above.

*[Signature Page Follows]*

SOUTHERN MOTION INC.

By: ______________________
Name: Ying Ying Wong
Title: Board Member, President
Voting: For √ ; Against___

By: ______________________
Name: Fei Gao
Title: Board Member, Vice President
Voting: For √ ; Against___

By: ______________________
Name: Man Li Wong
Title: Board Member
Voting: For √ ; Against___

By: ______________________
Name: Chak Fai Wong
Title: Board Member
Voting: For √ ; Against___

By: ______________________
Name: Weiran Chen
Title: Board Member
Voting: For √ ; Against___