# Exhibit A

# (Proposed Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SOUTHERN MOTION, INC.** | ) | **CASE NO. 26-13155-JDW** |
| | ) | |
| **Debtor.** | ) | **CHAPTER 11** |
| | ) | |

**ORDER (I) AUTHORIZING THE DEBTOR TO (A)**
**CONTINUE INSURANCE PROGRAMS, INCLUDING MAINTENANCE**
**OF INSURANCE POLICIES, AND (B) PAY ALL OBLIGATIONS**
**WITH RESPECT THERETO; AND (II) GRANTING RELATED RELIEF**

This matter having come before the Court on the *Emergency Motion for Entry of Order (I) Authorizing the Debtor to (A) Continue Insurance Programs, Including Maintenance of Insurance Policies, and (B) Pay All Obligations with Respect Thereto; and (II) Granting Related Relief* (the "Motion") filed by Southern Motion, Inc. ("Southern Motion" or "Debtor"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157; and that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion, the record herein, and arguments of the parties is of the opinion that the Motion should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. **IT IS FURTHER ORDERED** that under §§ 105, 363, and 503 of the Bankruptcy Code, Southern Motion is authorized, but not directed, to maintain and continue the Insurance Programs without interruption in the ordinary course of business.

3. **IT IS FURTHER ORDERED** that Southern Motion is authorized, but not directed, to pay any amounts owed in connection with the Insurance Obligations, whether relating to the period before or after the Petition Date.

4. **IT IS FURTHER ORDERED** that Southern Motion is authorized, but not directed, to revise, extend, renew, rollover, replace, purchase, or obtain new Insurance Policies, and to take all appropriate actions in connection therewith in the ordinary course of business as needed, including, but not limited to, entering into new insurance policies.

5. **IT IS FURTHER ORDERED** that the Banks are authorized to receive, process, honor, and pay any and all checks issued, or to be issued, and electronic funds transfers requested, or to be requested, by Southern Motion relating to the Insurance Obligations, to the extent that sufficient funds are on deposit in available funds in the applicable bank accounts to cover such payments. The Banks are authorized to accept and rely on all representations made by Southern Motion with respect to which checks, drafts, wires, or automated clearing house transfers should be honored or dishonored in accordance with this or any other order of this Court, whether such checks, drafts, wires, or transfers are dated prior to, on, or subsequent to the Petition Date, without any duty to inquire otherwise.

6. **IT IS FURTHER ORDERED** that Southern Motion is authorized, but not directed, to issue new postpetition checks, or effect new electronic funds transfers, and to replace any prepetition checks or electronic fund transfer requests that may be lost or dishonored or

rejected as a result of the commencement of the Chapter 11 Case with respect to any prepetition amounts that are authorized to be paid pursuant to this Order.

7. **IT IS FURTHER ORDERED** that notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry.

8. **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**## END OF ORDER ##**

**SUBMITTED BY:**

*/s/ Evan N. Parrott*
Evan N. Parrott (MS Bar No. 104564)

*Proposed Counsel to Debtor*

**OF COUNSEL:**
**Maynard Nexsen, P.C.**
Evan N. Parrott (MS Bar No. 104564)
William A. Knotts (MS Bar No. 106661)
11 North Water Street
RSA Battle House Tower
Suite 24290
Mobile, AL 36602
(251) 432-0001
eparrott@maynardnexsen.com
wknotts@maynardnexsen.com

*-and-*

Jayna Lamar (*pro hac application to be filed*)
Ryan D. Thompson (*pro hac application to be filed*)
Wesley R. Bulgarella (*pro hac application to be filed*)
Christian A. Pereyda (*pro hac application to be filed*)
1901 Sixth Avenue North
Suite 1700
Birmingham, Alabama 35203
(205) 254-1000
jlamar@maynardnexsen.com
rthompson@maynardnexsen.com
wbulgarella@maynardnexsen.com

cpereyda@maynardnexsen.com