# Exhibit B

## (List of Insurers)

# Southern Motion, Inc.

## Policy Summary

### 2025-2026/2026-2027

| COVERAGE | COMPANY | POLICY NO. | EFFECTIVE | LIMIT | DEDUCTIBLE | PREMIUM | CLAIMS REPORTING |
|---|---|---|---|---|---|---|---|
| General Liability | Hanover | LH6 H983507-04<br>*Gallagher Bassett ID: 009834* | 4/1/2026 - 2027 | $1,000,000 Each Occurrence<br>$1,000,000 Personal & Advertising Injury<br>$2,000,000 Products Completed Operations<br>$2,000,000 General Aggregate Limit<br>$100,000 Damage to Premises Rented<br>$25,000 Medical Expense<br>Employee Benefits:<br>$2,000,000 Aggregate<br>$1,000,000 Each Employee | $250,000 Per Occurrence / $700,000 Aggregate | $131,804 | Report to Hanover:<br>Email: firstreport@hanover.com<br>Phone: 860-966-0741 |
| Auto Liability & Physical Damage | Hanover | AZ6-H978667-03 | 4/1/2026 - 2027 | $1,000,0000 Combined Single Limit - Any Auto<br>$5,000 Medical Payments Each Person - Owned Autos<br>$1,000,000 Uninsured/Underinsured Motorist - Owned Autos<br>Comprehensive/Collision Included - Hired/Non-Owned/Scheduled Autos | Physical Damage Deductible Varies by Weight: $1,000 - $5,000 | $116,247 | Report to Hanover:<br>Online: www.hanover.com/report-claim-online<br>Phone: 800-628-0250 |
| Workers Compensation | Strategic Comp | WC E832666-04 | 4/1/2026 - 2027 | Workers Compensation - Statutory<br>Employers Liability:<br>$1M/$1M/$1M - Bodily Injury by Accident / Each Employee / Policy Limit | $250,000 Each Accident / $874,200 Aggregate | $130,000 | Report to Strategic Comp<br>Online: login-registration.gaig.com/insured<br>Phone: 877-836-1555 |
| Foreign Package | AIG | WS11014697 | 4/1/2026 - 2027 | $4,000,000 Master Aggregate Limit<br>$1,000,000 Each Occurrence<br>$2,000,000 General Aggregate Limit<br>$1,000,000 Hired/Non-Owned Auto Liability<br>$25,000 Hired Auto Physical Damage<br>$1,000,000 Repatriation Expenses Per Person<br>$1M/$1M/$1M - Bodily Injury by Accident / Each Employee / Policy Limit<br>$1,000,000 Travel Accident Aggregate<br>$250,000 Crisis Response Costs Limit | Hired Auto Physical Damage: $1,000 | $2,125 | Report to AIG:<br>Email: WorldRiskClaimsReporting@aig.com<br>Online: www.aig.com/wsclaimsreporting |
| Umbrella Liability | CNA | 6080651167 | 4/1/2026 - 2027 | $10,000,000 Each Occurrence Limit / Aggregate | $10,000 Self Insured Retention | $117,359 | Report to NFP:<br>Russell Klein, VP, Liability Claims<br>Email: russell.klein@nfp.com<br>Phone: 914-406-7901 |
| Excess Liability | Travelers | EX-0S84657A-26-NF | 4/1/2026 - 2027 | $5M xs $10M Each Occurrence Limit / Aggregate | | $15,442 | |
| Property - Sprinklered | Hanover - Verlan | RQ6-H818121-04 | 11/1/2025 - 2026 | Building / Business Personal Property / Stock / Business Income Limit Varies by Location<br>Equipment Breakdown Included<br>1 Fashion Way, Baldwyn, MS<br>297 (370) Henry Southern Dr, Pontotoc, MS<br>298 Henry Southern Dr, Pontotoc, MS<br>195 Henry Southern Dr, Pontotoc, MS<br>161 Prestige Dr, Pontotoc, MS<br>1101 Denmill Rd, New Albany, MS<br>1003 Denmill Rd, New Albany, MS<br>222 S Main St, Ste 400, Highpoint, NC | AOP: $25,000<br>Equipment Breakdown: $25,000<br>CAT Deductibles Vary by Location | $818,870 | Report to Hanover:<br>Online: www.hanover.com/report-claim-online<br>Email: firstreport@hanover.com<br>Phone: 800-628-0250 |
| *$30M Property - Non-Sprinklered | $5M - Lloyd's of London<br>$10M xs $5M - Kinsale<br>50% $5M P/O $10M xs $15M- - Munich RE<br>50% $5M P/O $10M xs $15M- Axis<br>TIV xs $25M- Arch | $5M - Lloyd's - B1230APA0078A25<br>Kinsale - 0100266710-02<br>Munich RE - 7EA7XP1004178-01<br>Axis - P001003960633-02<br>Arch - ESP1054680-01 | 11/1/2025 - 2026 | $34,424,991 - Shared & Layered per the below<br>$5,000,000 - Primary Lloyd's of London<br>$10M xs $5M - Kinsale<br>50% $5M P/O $10M xs $15M- Munich RE<br>50% $5M P/O $10M xs $15M- Axis<br>$9,424,991 xs $25M- Arch<br>957 Pontotoc Co Indus Pkwy, Ecru, MS | AOP: $25,000<br>Business Interruption: 5x Average Daily Value<br>CAT Deductibles Vary by Location | $463,826 | Report to NFP:<br>Greg Iberger, VP, Property Claims Team Lead<br>Email: greg.iberger@nfp.com<br>Phone: 404-504-3801 |
| *Terrorism - Non-Sprinklered | Roanoke | 01MRTR0001048-01 | 11/1/2025 - 2026 | $34,424,961 Policy Limit<br>$6,011,633 Business Income & Extra Expense Limit | $10,000 | $5,148 | Report to NFP:<br>Greg Iberger, VP, Property Claims Team Lead<br>Email: greg.iberger@nfp.com<br>Phone: 404-504-3801 |
| Equipment Breakdown - Non-Sprinklered | Axa XL | US00107382PR25A | 11/1/2025 - 2026 | $34,424,991 Policy Limit<br>$6,011,663 Business Income & Extra Expense Limit | $10,000<br>Business Income: 1x Average Daily value | $9,696 | Report to AXA XL:<br>Email: napropcasclaimnewnotices@axaxl.com<br>Phone: 800-688-1840 |
| *Flood - 297 (370) Henry Southern Drive | Assurant - NFIP Flood - Primary<br>Lloyds of London - $5M xs NFIP | NFIP -0009346904<br>Lloyds of London -WKF1168-25-0252 | 11/2/2025 - 2026 | NFIP: $500,000 Building / $500,000 Business Personal Property<br>Building: $6,232,512 xs of $500K<br>Contents: $800,000 xs of $500k<br>Business Income $2,707,646 xs of BI Deductible | Building: $25,000<br>Business Personal Property: $25,000<br>Business Interruption: 14 day waiting period, subject to $103,855 min. | $19,891 | Report to Assurant & NFP:<br>Email (Assurant): ReportFloodClaim@assurant.com<br>Phone (Assurant): 800-423-4403 - Option 3<br><br>If claim will breach the $500K NFIP limits, also report to Greg Iberger @ NFP -<br>Greg Iberger, VP, Property Claims Team Lead<br>Email: greg.iberger@nfp.com<br>Phone: 404-504-3801 |
| *Flood - 298 Henry Southern Drive | Assurant - NFIP Flood - Primary<br>Lexington - $5M xs NFIP<br>Lloyds of London - $7.5M xs $5M | NFIP - 0009347666<br>Lexington - 026711719-04<br>Lloyds of London - WKF1168-25-0340 | 1/7/2026 - 2027 | NFIP: $500,000 Building / $500,000 Business Personal Property<br>Excess: $5,000,000 Building, Business Personal Property, Business Income xs of $500K<br>Business Income subject to 1/12 monthly limit<br>Excess: $10,000,000 Building, Business Personal Property, Business Income xs of $5,000,000 | Building: $25,000<br>Business Personal Property: $25,000<br>Business Interruption: 14 day waiting period | $117,150 | |
| Cargo | Travelers | ZOC-31N72548 | 11/1/2025 - 2026 | $1,000,000 by any one Vessel or Conveyance | $500 | $9,285 | Report to Travelers:<br>Email: first.report@travelers.com<br>Online: www.travelers.com/claimreporting<br>Phone: 877-828-4132 |
| Management Liability | Hanover | LH6-J209776-04 | 12/18/2025 - 12/18/2026 | $5,000,000 Directors & Officers Liability<br>$2,000,000 Employment Practices Liability<br>$500,000 Crime<br>$2,000,000 Fiduciary Liability | Directors & officers: $25,000<br>Employment Practices: $50,000<br>Fiduciary Liability: $0<br>Crime: $25,000 | $34,425 | Report to Hanover:<br>Email: mgmtclaim@hanover.com<br>Phone: 800-628-0250 |
| Cyber Liability | Coalition | C-4MA7-200596-CYBER-2025 | 11/1/2025 - 2026 | $2,000,000 Each Claim/Aggregate | $25,000 | $23,478 | Report to Coalition:<br>Email: claims@thecoalition.com |
| Employed Lawyers Professional Liability- Runoff Status* | Chubb | J05967272 | 11/1/2025- 11/1/2026 | $1,000,000 Aggregate Limit | $10,000 | $2,997 | Report to Chubb:<br>specialtyclaims@chubb.com |
| Fee Agreement | | | 4/1/2026 - 2027 | | | $123,600 | |
| *This Insurance Schedule is intended as a summary outline of coverage in existence. If neither affirms nor negatively amends, extends or alters the coverage afforded by any policy described herein as the coverage described is subject to all terms and conditions of the policy.* | | | | | | **$2,141,343** | |

***Notes:***

* Indicates Surplus Lines Taxes/Fees Included