**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SOUTHERN MOTOIN INC.** **CASE NO.: 26-13155**

**DEBTOR(S) IN POSSESSION** **CHAPTER 11**

# THE UNITED STATES TRUSTEE'S RESPONSE TO EMERGENCY MOTION FOR ENTRY OF ORDER EXTENDING DEADLINE TO FILE SCHEDULES AND STATEMENTS [DKT 15]

**COMES NOW**, Kevin M. Epstein, United States Trustee for Region 5 ("UST"), by and through undersigned counsel, and files this Response to the debtor's Emergency Motion for Entry of Order Extending Deadline to File Schedules and Statements [DKT. 15] in the above styled and numbered cause, and in support thereof respectfully submits the following:

I.

The debtor filed this voluntary petition for relief pursuant to Chapter 11 on August 31, 2026. The debtor filed this Emergency Motion for Entry of Order Extending Deadline to File Schedules and Statements on August 31, 2026 [DKT. 15] with a hearing scheduled for September 2, 2026.

II.

In the emergency motion, the debtor is seeking an additional thirty (30) days to file the bankruptcy schedules and statement of financial affairs from the court's current extension deadline of September 14, 2026. *See* DKT. 23. The granting of such request would create a deadline of October 13, 2026.

III.

Pursuant to Rule 2003(a)(1)(A) of the FRBP, the UST must schedule the § 341 meeting of creditors no later than forty (40) days from the date of the order for relief. This deadline would be on or before October 10, 2026.

IV.

The UST is not opposed to grant an extension to the debtor for up to thirty (30) days from the order for relief of August 31, 2026. However a longer period would not enable the UST to comply with its requirements under the bankruptcy rules to schedule the meeting nor provide creditors or the UST adequate time to review the schedules and statements prior to the 341 meeting.

V.

Furthermore, schedules and statements should be filed ahead of the final hearing on all of the debtor's first day motions including the response deadline thereof.

VI.

The UST reserves all rights to raise additional objections and concerns at the interim hearing on this matter and prior to or at any final hearing.

WHEREFORE, PREMISES CONSIDERED, the UST submits this Response to the debtor's Emergency Motion for Entry of Order Extending Deadline to File Schedules and Statements [DKT. 15] and prays that the court will enter an order sustaining the UST's response.

The UST further prays for such other general and equitable relief to which entitled.

Respectfully submitted,

Kevin M. Epstein,
United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By: */s/ Sammye S. Tharp*
Sammye S. Tharp,
Trial Attorney

Sammye S. Tharp, Trial Attorney
U.S. Trustee, Region 5
501 E.Court Street, Suite 6-430
Jackson, MS 39201
Facsimile: 601-965-5226
Telephone: 601-965-4142
MS Bar #10016

**CERTIFICATE OF SERVICE**

I, Sammye S. Tharp, Trial Attorney for the U.S. Trustee, do hereby certify that I have, this day, mailed, postage prepaid, and/or via CM/ECF a true and correct copy of the foregoing response to:

Evan N. Parrott, Esq.
*Counsel for the debtor*

This the 1st day of September 2026.

*/s/ Sammye S. Tharp*
Sammye S. Tharp