**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SOUTHERN MOTION, INC.** | ) | **CASE NO. 26-13155-JDW** |
| | ) | |
| **Debtor.** | ) | **CHAPTER 11** |
| | ) | |

**SUPPLEMENT TO EMERGENCY MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO PAY CERTAIN PRE-PETITION CLAIMS OF CRITICAL VENDORS**

Southern Motion, Inc. ("Southern Motion" or "Debtor")[1], by and through undersigned counsel, respectfully submits this supplement (the "Supplement") to its *Emergency Motion for an Order Authorizing the Debtor to Pay Certain Pre-Petition Claims of Critical Vendors* (Doc. 8) (the "Motion"). In further support of the Motion, Southern Motion submits the attached list of proposed Critical Vendors[2] and form critical vendor trade agreement. Specifically, Southern Motion requests authority to pay the Critical Vendor Claims reflected on the attached list of proposed Critical Vendors, which shall not exceed **$2,504,611.95** in the aggregate.

Respectfully submitted this the 8th day of September, 2026.

*/s/ Evan N. Parrott*
Evan N. Parrott

*Proposed Counsel to the Debtor*

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

[2] Southern Motion reserves the right to amend or supplement the list of Critical Vendors by filing an additional supplement with the Court. Further, nothing contained in the Motion or any actions taken by Southern Motion pursuant to relief granted is intended or should be construed as: (a) an admission as to the validity of any particular claim against Southern Motion; (b) a waiver of Southern Motion's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Motion; or (e) a waiver or limitation of Southern Motion's rights under the Bankruptcy Code or any other applicable law.

**OF COUNSEL:**

**MAYNARD NEXSEN, P.C.**
Evan N. Parrott (MS Bar No. 104564)
William A. Knotts (MS Bar No. 106661)
11 North Water Street
RSA Battle House Tower
Suite 24290
Mobile, AL 36602
(251) 432-0001
eparrott@maynardnexsen.com
wknotts@maynardnexsen.com

*-and-*

Jayna Lamar (*pro hac application to be filed*)
Ryan D. Thompson (*admitted pro hac vice*)
Wesley R. Bulgarella (*pro hac application to be filed*)
Christian A. Pereyda (*pro hac application to be filed*)
1901 Sixth Avenue North
Suite 1700
Birmingham, Alabama 35203
(205) 254-1000
jlamar@maynardnexsen.com
rthompson@maynardnexsen.com
wbulgarella@maynardnexsen.com
cpereyda@maynardnexsen.com

*Proposed Counsel to the Debtor*

**CERTIFICATE OF SERVICE**

I do hereby certify that on September 8, 2026, a true and correct copy of the foregoing was served by electronic transmission through the Court's CM/ECF system, which will send notification of such filing to all parties requesting electronic notice, including:

Sammye S. Tharp
OFFICE OF THE U.S. TRUSTEE
501 East Court Street
Suite 6-430
Jackson, MS 39201
601-965-4142
Sammye.s.tharp@usdoj.gov

/s/ *Evan N. Parrott*
Evan N. Parrott