**Southern Motion Inc.**
Potential Critical Vendors List

| Name | Category | Description |
|---|---|---|
| DSV Air & Sea Inc. | International Freight Broker | Ocean freight broker for all overseas freight from Asia. Changing brokers would take weeks causing raw material outages and would increase rates significantly. |
| KAIDI VIETNAM | Electrical Material | Trademarked electrical components supplier, such as reclining actuators and switches. |
| KAIDI LLC | Electrical Material | Trademarked electrical components supplier, such as reclining actuators and switches. |
| FXI | Furniture - Foam | Largest foam supplier for Southern Motion that makes the majority of the different density foams used across our products |
| LEGGETT & PLATT (BAU BANG) CO. LIMITED | Furniture - Motion | Leggett provides at patented mech that is a main component in ourLux Living products. |
| HAINING HONGSHI IMORT & EXPORT CO., LTD. | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| UNITED PARCEL SERVICE | Small Package | All customer service warranty product |
| WESTROCK | Corrugated/Carton | Provides manufactured specific cartons using specific dies and industry standards with printed materials. Will take 3-4 weeks to get die cuts. |
| DOER MOTION LIMITED COMPANY | Electrical Material | Provides electrical components such as reclining actuators and switches. |
| RAFFEL SYSTEMS | Electrical Material | Provides trademarked electrical components such as reclining actuators and switches. |
| HAINING IMAGINE | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| COZZIA | Electrical Material | This supplier provides a patented bladder massage system for our furniture. |
| Z WOVENS | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| RICHLOOM FAR EAST TRADING CO., LTD | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| TONGXIANG LONGXIANG TRADING CO. LTD | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| DEWERTOKIN TECHNOLOGY GROUP | Furniture - Lift Mechs | Dewert provides a patented mech used in the large % of products |
| Elite Comfort Solutions, LLC | Furniture - Foam | Foam supplier with specific densities that cannot be provided by alternatives |
| J. B. HUNT TRANSPORT, INC | Freight - Logistics | Only furniture less than truckload (LTL) service to the Southeast and Northwest that remains in this geographic market |
| NETCO LOGISTICS, INC. | Freight - Logistics | Inbound and outbound truckload and multi stop truckloads to customers. They are local and cannot be replaced without disruption to sales |
| MURROWS TRANSFER, INC. | Freight - Logistics | Delivers Furniture less than truckload (LTL) service in certain Southeast markets |
| STYLINE LOGISTICS | Freight - Logistics | Only carrier that will deliver furniture less than truckload (LTL) service to the Northeast, West, Southwestwest and Great Lakes for SMI |
| LANDSTAR LIGON INC | Freight - Logistics | One of three primary furniture truckload carriers that has the capacity/equipment and dropped trailer program that support us on repetitive deliveries to customer and national Direct Store Delivery Programs to national retailers. |
| MID SOUTH TRANSPORATION | Freight - Logistics | Handles our wood chip disposal with specialized equipment, handles all the container drayage from the Memphis rail yards to our Memphis to our plants, and truckload repetitive shipments to customers at very competitive rates. |
| ASCENT SHARED SERVICES, LLC | International Freight Broker | Customs broker that processes all our customs entries going into our Foreign Trade Zone (FTZ) and not going into the FTZ. They assist us in all the tariff recovery initiatives we have pursued including the most recent IEEPA recovery. Changing vendors would stop all imports for several weeks |
| JINZHENG FURNITURE COMPANY LIMITED | Furniture - Kits | Cut & Sew provider for kits. Would be time intensive to replace |
| PREGIS INNOVATIVE PACKAGING | Packaging | Furniture packaging products. Patented custom cut 3 layer polyurethane bag for furniture transport protection. |
| STRUCTURED FIBRES, INC. | Furniture - Fiber Rolls | Low melt lofted patented unique fiber used for furniture arm padding and seat cushions. Used in customer required products. |
| SUPER SAGLESS | Furniture - Springs | Provides high quality seat and back springs used in reclining furniture assembly |
| BERNET INTERNATIONAL TRADING, LLC. | Furniture - Blown Fiber | Fiber filling used in furniture backs, arms and pillows. Used in all products. |
| CULPCD | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| CARNES FRAMES, INC. | Furniture - Frames | Specialty equipment used to make these seat box parts. Used in all reclining products. |
| SLEEPER KRAFT | Furniture - Mattress | Provides customer specific sleeper mattresses unique to SM customers |
| LANGBOARD, INC. | Furniture - OSB | High density plywood supplier with the equipment to make the spec requirements of our plywood used in our products |
| FIL-TEC | Thread | Sewing thread used in all products. Sewing machines are adapted to these specifications. |
| HANES CONVERTING CORP. | Upholstery Supplies | Primary provider of nonwoven fabric used in the sewing of the cover and also for completing the underside of furniture as a dust cover |
| YANGZHOU DERWINS PLASTICS TECHNOLOGY CO. | Furniture - Vinyl | New offshore vinyl supplier used to match up with Asia sourced leathers. |
| AMERICAN PAPER & TWINE | Packaging | Furniture packaging products. Used to protect metal mechanisms from rubbing in transport. |
| CIRCLE BOLT & NUT | Fasteners | Supplier of fasteners, specialty hardware used in assembling mechanisms. Used in all products. |
| VALDESE WEAVERS, LLC | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| HEICO FASTENERS | Furniture - Legs | Provides a variety of patented and specific wooden legs, thermoformed storage trays and trademarked plastic and stainless steel cupholders. |
| STAFAST PRODUCTS, INC. | Upholstery Supplies | Supplier of fasteners, especially t-nuts, used in mechanisms and furniture leg assembling . Used in all products. |
| WHITAKER SALES, INC. | Upholstery Supplies | Distribution specialist to the furniture industry providing thread, zippers and other accessories to the industry |
| Future Foam, Inc. | Furniture - Foam | One of 3 primary suppliers of low melt fiber and polyurethane products used in all production finished furniture. |
| REYNOLDS HARDWARE | Fasteners | Primary fastener used in all our motion products |
| BARROW INDUSTRIES, INC. | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| FASTENING SOLUTIONS, INC. | Upholstery Supplies | Supplier of fasteners, staples and frame nails used in assembling frames and fabric application. Used in all products. |
| FOAMCRAFT | Furniture - Fiber Rolls | Only provider of feather blend pillows in the area |
| AVERITT EXPRESS | Freight - Logistics | Provide intermodal services |
| YANGTSE RIVER DELTA | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| WEATHERALL PRINTING | Printing Service | Provides trademarked labels, many required by law and/or by customer on furniture labeling. Special paper required for these items |
| MARTIN CARDBOARD | Corrugated/Carton | Provides specific SM pattern cut cardboard pieces using special equipment. |
| SOUTHERN CARLSON INC. | Brackets | Customized bracket supplier designed specifically for Southern Motion. |
| BRENTWOOD TEXTILES | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| ZHEJIANG BAIJIANG TECHNOLOGY CO | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| BAXTER LAWN AND LANDSCAPE, LLC | Lawn Care Services | Provides lawn care for Baldwyn facility |
| Custom Nonwoven, Inc. | Furniture - Fiber Rolls | Low melt lofted fiber used for furniture arm padding and seat cushions. Used in all products. |

**Southern Motion Inc.**
Potential Critical Vendors List

| Name | Category | Description |
|---|---|---|
| RUSKEN PACKAGING, INC. | Corrugated/Carton | Provides manufactured specific corrugated trays using specific dies and industry standards with printed materials. |
| JBS USA LEATHER, INC. | Furniture - Leather | This company is our largest Leather supplier. Moving their production from SA and Europe to Asia. |
| STI | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| UPHOLSTERED FURN. ACTION COUNCIL | Furniture - Supplies | Certification label and testing required by most US dealers. |
| Southeastern Freight Lines, Inc. | Freight - Freight In | Southeast bring in common carriers parts from the Southeastern US at competitive rates. |
| Tupelo Sleeper | Furniture - Mattress | Provides customer specific sleeper mattresses unique to SM customers |
| FRM CAROLINAS NC INC | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| JERSEY SHORE STEEL CO. | Furniture - Rails | High carbon steel angle iron floor rails. Cut and drilled to SM specifications. Used to secure multi seat units. |
| FURNITURE SOLUTIONS NETWORK | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| A-1 FURN SERVICES/FLOYD WAYNE LEES JR. | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| SPS COMMERCE, INC. | EDI Services | EDI vendor that facilitatate all all vendor invoices to cstomers |
| ACCU-ROUTER,INC | Furniture Parts | Router and repair maintenance parts for wood frames cutting |
| CERTECH TRUCK & TRAILER, LLC | Fleet Maintenance - Repairs | Performs all DOT inspections for trucks and trailers and repairs |
| IVY'S YARD SERVICE | Facilities Expense | Provides lawn care for Pontotoc facilities |
| WEST TEXAS UPHOLSTERY | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| OLD DOMINION FREIGHT | Freight - Freight In | OD is one of the remaining common carriers we use to bring in parts from across the US except the Southeast at competitive cost.. |
| SP FURNITURE SERVICE | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| FURNITURE SPECIALISTS OF NWFL, LLC | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| QUALITY FURNITURE SERVICES | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| MOTION FURNITURE REPAIR, INC. | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| PRECISION BLADES, INC. | Manufacturing Supplies | Provides critical equipment MRO replacement parts for cutting equipment used in lumbar cutting and fabric cutting. |
| VISION FABRICS | Furniture - Fabrics | Provider of patented fabric supplier with active patterns in our current line up. |
| N-HOME FURNITURE REPAIR | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| SALT CREEK | Furniture Repairs | Provider of patented fabric supplier with active patterns in our current line up. |
| EPOCH UPHOLSTERY | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| BALDWYN TRUCK & TRAILER REPAIR LLC | Trailer/Truck Repair | Provider of all track and trailer repairs for company equipment and rents of equipment service the Baldwyn facility which is at least 30 miles from the other locations. Does part of our DOT tag and Inspection certification. |
| DIVERSIFIED UPHOLSTERY | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| AMERICAN FURNITURE REPAIR | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| AHM FURNITURE SERVICE | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| MARTIN FURNITURE SERVICE | Furniture Repairs | Regional furniture repair company that services a specific market area, carries our parts, and addresses our Warranty repairs. |
| DEITSCH PLASTICS CO. INC. | Furniture - Vinyl | This is one of the few Vinyl match suppliers left that we use to put with our leather products. ch |
| A1 Family Furniture, Inc. | Furniture - Frames | Furniture wooden frame sets. Daily delivery for immediate consumption in production. |
| SOUTHERN PRECISION SPRING CO., INC. | Furniture - Springs | Provides helical springs explicitly designed for reclining mechanism assembly. |
| GEN PAC | Shipping Supplies | Provides polyurethane foam used in all cushions and arms. Proprietary grades are required. Provides 60% of production needs. Vendor capacity can not support all requirements |
| GUMTREE FABRICS | Furniture - Fabrics | Provides unique made to order specifications polyethylene low friction bags used to protect furniture from dust and transportation damage. |