**SOUTHERN MOTION, INC.**

[Date]

[Critical Vendor]

Dear [Critical Vendor]:

As you are aware, Southern Motion, Inc. ("Southern Motion") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Mississippi (the "Bankruptcy Case" and the "Bankruptcy Court," respectively) on August 31, 2026 (the "Petition Date"). On the Petition Date, the Southern Motion filed a motion requesting the Bankruptcy Court's authority to pay the pre-petition claims of certain suppliers in recognition of the importance of Southern Motion's relationships with such suppliers and their desire that the Bankruptcy Case have as little effect on the Southern Motion's ongoing business operations as possible. On [•], the Bankruptcy Court entered an order (the "Critical Vendors Order") authorizing the Southern Motion, under certain conditions, to pay the pre-petition claims of certain suppliers that agree to the terms set forth below and to be bound by the terms of the Critical Vendors Order. A copy of the Critical Vendors Order is enclosed.

In order to receive payment on account of pre-petition claims, you must sign this agreement ("Vendor Agreement") and agree to continue to supply goods and services to Southern Motion based on "Customary Trade Terms." In the Critical Vendors Order, Customary Trade Terms are defined as the normal and customary trade terms, practices and programs that were most favorable to the Southern Motion and in effect between you and the Southern Motion in the 12-month period prior to the Petition Date, or such other trade terms as you and Southern Motion agree upon.

For purposes of administration of this trade program as authorized by the Bankruptcy Court, you and the Southern Motion agree that:

1. The interim agreed-upon balance of your pre-petition claim (net of any setoffs, credits or discounts) is $[•] (the "Claim").

2. Southern Motion agrees to pay you $[•] on account of the Claim (the "Vendor Payment").

3. You agree to supply post-petition goods or services to Southern Motion in accordance with the Customary Trade Terms, which include (if more space is required, attach continuation pages): Net 30 days.

4. During the pendency of the Bankruptcy Cases, you will continue to extend to the Southern Motion all Customary Trade Terms (as described above).

5. You will not demand a lump sum payment upon consummation of a chapter 11 plan in the Bankruptcy Case on account of any administrative expense priority claim that you assert to the extent payment of such claim is not yet due, but instead agree that such claims will be paid in

the ordinary course of business after consummation of a plan under applicable Customary Trade Terms, if the plan provides for the ongoing operations of the Southern Motion.

6. You will not separately seek payment for reclamation and similar claims outside of the terms of the Critical Vendors Order.

7. You will not file or otherwise assert against the Southern Motion, the estate, or any other person or entity or any of their respective assets or property (real or personal) any lien (regardless of the statute or other legal authority upon which such lien is asserted) or interest related in any way to any remaining pre-petition amounts allegedly owed to you by the Southern Motion arising from agreements entered into prior to the Petition Date. Furthermore, you agree to take (at your own expense) all necessary steps to remove any such lien or interest as soon as possible.

8. If either the Critical Vendors payment program authorized by the Critical Vendors Order (the "Critical Vendors Payment Program") or your participation therein terminates as provided in the Critical Vendors Order, or you later refuse to continue to supply goods to the Southern Motion on Customary Trade Terms during the pendency of the Bankruptcy Case, any payments you receive on account of your Claim may be deemed voidable post-petition transfers pursuant to § 549(a) of the Bankruptcy Code. You may be required to immediately repay to the Southern Motion any payments made to you on account of your Claim to the extent that the aggregate amount of such payments exceeds the postpetition obligations then outstanding without giving effect to alleged setoff rights, recoupment rights, adjustments or offsets of any type whatsoever. And, if such determination is made, your Claim shall be reinstated in such an amount so as to restore the Southern Motion and you to the same positions as would have existed if the Vendor Payment had not been made.

9. The undersigned, a duly authorized representative of [Critical Vendor], has reviewed the terms and provisions of the Critical Vendors Order and agrees that [Critical Vendor] is bound by such terms.

10. Any dispute with respect to this letter agreement, the Critical Vendors Order, and/or your participation in the Critical Vendors Payment Program shall be determined by the Bankruptcy Court and both parties hereby submit to the exclusive jurisdiction of the Bankruptcy Court regarding any such dispute.

11. If you have any questions about this letter agreement or our financial restructuring, please do not hesitate to call.

Sincerely,

Southern Motion

By: ___________________________

Mary Beth Mayer
Senior Vice President and

Chief Financial Officer

Agreed and Accepted by:

______________________________
[Critical Vendor]

By: __________________________

Its: __________________________

Dated: [____________]