**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-13155-JDW** |
| **SOUTHERN MOTION, INC.**<br>**DEBTOR** | **CHAPTER 11** |

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned appears pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for the official committee of unsecured creditors (the "Committee"), and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to, *inter alia,* Bankruptcy Rules 2002, 3017, and 9007. All notices given or required to be given in these cases shall be served upon the undersigned at:

Sarah Beth Wilson
Phelps Dunbar LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Phone: (601) 352-2300
Fax: (601) 360-9777
Email: sarah.beth.wilson@phelps.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules and also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, or otherwise filed in this and any subsequently consolidated and/or affiliated cases.

**PLEASE TAKE FURTHER NOTICE** that this Appearance and Request for Notice shall not be deemed to be a waiver of the Committee's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, defenses, set-offs, or recoupments to which the Committee is or may be entitled under agreement, in law or in equity, which rights, claims, actions, defenses, set-offs, and recoupments the Committee expressly reserves, or (5) to any and all defenses or objections the Committee may have to any claims asserted against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

**PLEASE TAKE FURTHER NOTICE** that the Committee respectfully asks that the above e-mail address be added to the CMECF e-filing recipient list for this matter, which address is Sarah.Beth.Wilson@phelps.com.

Dated: September 24, 2026

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Sarah Beth Wilson*
Sarah Beth Wilson
Phelps Dunbar LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Phone: (601) 352-2300
Fax: (601) 360-9777
Email: sarah.beth.wilson@phelps.com
MS Bar # 103650

**ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I caused the above and foregoing to be filed electronically through the Court's CM/ECF system, which sent notice of such filing to all registered CM/ECF participants.

*/s/ Sarah Beth Wilson*
Sarah Beth Wilson